CR-66 (10/97)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Timothy Kellam<br>DEFENDANT(S). | CASE NUMBER<br>CR 09-1093 A-AHM-5<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __dft__, IT IS ORDERED that a detention hearing is set for ~~Defendant~~ __FRIDAY__, __12-11-09__, at __11:00__ ☒ a.m. / ☐ p.m. before the Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE, in Courtroom __341 (Duty Courtroom)__

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __12/9/09__

__Ralph Zarefsky__
U.S. ~~District Judge~~/Magistrate Judge